UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARPAD STRUTHMANN,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and DOES 1-20,<br><br>            Defendants. | Case No. 08CV2265-WQH (BLM)<br><br>**ORDER (1) PARTIALLY GRANTING JOINT MOTION, (2) VACATING EARLY NEUTRAL EVALUATION CONFERENCE, AND (3) SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>[Doc. No. 6] |

On January 6, 2009, the parties filed a joint motion to continue the Early Neutral Evaluation Conference ("ENE") currently scheduled for January 26, 2009 at 1:30 p.m. Doc. No. 6. The parties' joint motion is **PARTIALLY GRANTED** in that, based on the representations of the parties, the Court finds it inappropriate to convene an ENE at this time. See Civil Local Rule 16.1(c) (explaining that the "judicial officer shall hold [conferences] as he or she deems appropriate"). Accordingly, the ENE set for January 26, 2009 is hereby **VACATED**.

The Court will conduct a <u>telephonic</u>, <u>attorneys-only</u> Case Management Conference on **March 16, 2009** at **9:15 a.m.** The Court will

1 initiate the call.  Failure of required counsel to participate may
2 result in the imposition of sanctions.
3     **IT IS SO ORDERED.**
4
5 DATED: January 9, 2009

                                    _Barbara L Major_
                                    BARBARA L. MAJOR
                                    United States Magistrate Judge